FILED

June 17, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____ SCC _____
DEPUTY

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>**Plaintiff**<br><br>**v**<br><br>**JAMES WESLEY BURGER**<br>**Defendant** | **INDICTMENT**<br><br>**[Cts. 1 & 2: 18 U.S.C. § 875(c) – Interstate Threatening Communication]**<br><br>**1:25-CR-00332-ADA** |

## THE GRAND JURY CHARGES:

### COUNT ONE
### Interstate Threatening Communication
### [18 U.S.C. § 875(c)]

On or about January 23, 2025, in the Western District of Texas and elsewhere, Defendant,

## JAMES WESLEY BURGER,

did knowingly transmit in interstate commerce a communication, specifically, statements on Roblox publicly accessible to attack a Christian concert, and the communication contained a threat to injure the person of another. Specifically, the communication included a threat to "deal a grievous wound upon the followers of the Cross."

In violation of 18 U.S.C. § 875(c).

**Indictment – BURGER**

## COUNT TWO
### Interstate Threatening Communication
### [18 U.S.C. § 875(c)]

On or about January 27, 2025, in the Western District of Texas and elsewhere,

Defendant,

### JAMES WESLEY BURGER,

did knowingly transmit in interstate commerce a communication, specifically, statements on

Roblox publicly accessible to attack a Christian concert, and the communication contained a

threat to injure the person of another.  Specifically, the communication included:

"I've come to conclude it will befall the 12 of Shawwal aa/And it will be a music festival/Attracting bounties of Christians s/In'shaa'allah we willl attain martyrdom /And deal a grevious wound upon the followers of the Cross /Pray for me and enjoin yourself to martyrdom[.]"

In violation of 18 U.S.C. § 875(c).

A TRUE BILL

JUSTIN R. SIMMONS
UNITED STATES ATTORNEY

By:  _____
FOR: G. KARTHIK SRINIVASAN
MARK ROOMBERG
ASSISTANT UNITED STATES ATTORNEYS

Indictment – BURGER                                                                 Page 2 of 2